

## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | CAVALRY SPV I, LLC | File Number | 03444384 |
| Status | ACTIVE | On | 01/29/2015 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 02/14/2011 | Jurisdiction | DE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/14/2011 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | Principal Office | 500 SUMMIT LAKE DR #400 VALHALLA, NY 105951340 |
| Agent City | CHICAGO | Management Type | MBR  View |
| Agent Zip | 60604 | Duration | PERPETUAL |
| Annual Report Filing Date | 01/29/2015 | For Year | 2015 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

file:///C:/Users/PARALE~1.GPL/AppData/Local/Temp/EBCRF2HJ.htm



EXHIBIT Group A



## JESSE WHITE
### SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| Entity Name | J.C. CHRISTENSEN & ASSOCIATES, INC. | File Number | 60067147 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 07/31/1998 | State | MINNESOTA |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 07/31/1998 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | NONE |
| Agent City | CHICAGO | Secretary Name & Address | CHARLES ENGEBRETSON 200 14TH AVE EAST SARTELL MN 56377 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 06/20/2014 | For Year | 2014 |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE